| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Coffey, Glenn Javan** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): **4302** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**1835 Holly Lane**<br>**Flossmoor, Illinois**<br>ZIP CODE **60422** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**COOK** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| [x] Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>[ ] Corporation (includes LLC and LLP)<br>[ ] Partnership<br>[ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.) | [ ] Health Care Business<br>[ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>[ ] Railroad<br>[ ] Stockbroker<br>[ ] Commodity Broker<br>[ ] Clearing Bank<br>[x] Other **Real estate investments** | [x] Chapter 7<br>[ ] Chapter 9<br>[ ] Chapter 11<br>[ ] Chapter 12<br>[ ] Chapter 13    [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>[ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   [x] Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| [x] Full Filing Fee attached.<br><br>[ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>[ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>[ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>[ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>[ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>[ ] A plan is being filed with this petition.<br>[ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.<br>[x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | | |
|---|---|---|
| *(This page must be completed and filed in every case.)* | | |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)     (Date) |
| ☐  Exhibit A is attached and made a part of this petition. | |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☒  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | |
|---|---|
| *(This page must be completed and filed in every case.)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor     **Glenn Javan Coffey**

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

5-1-2015
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)
**Jeffrey B. Rose**
Printed Name of Attorney for Debtor(s)
**Tishler & Wald, Ltd.**
Firm Name

**200 S. Wacker Drive, Suite 3000
Chicago, Illinois 60606**
Address
**(312) 876-3800**
Telephone Number
5-1-2015
Date
**Bar No.: 06186133
Fax: (312) 876-3816
E-mail: jrose@tishlerwald.com**

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re **Glenn Javan Coffey**_____,       Case No. _____
        *Debtor*

                                    Chapter **7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | | $ 290,000.00 | | |
| B - Personal Property | | | $ 18,059.33 | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | | | | $ 684,522.50 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | | | $ 1,264,690.61 | |
| G - Executory Contracts and Unexpired Leases | | | | | |
| H - Codebtors | | | | | |
| I - Current Income of Individual Debtor(s) | | | | | $ 5,612.46 |
| J - Current Expenditures of Individual Debtors(s) | | | | | $ 4,907.00 |
| TOTAL | | 0 | $ 308,059.33 | $ 1,949,213.11 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re **Glenn Javan Coffey**_____,
          *Debtor*

Case No. _____

Chapter **7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

    **X** Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ |
| Average Expenses (from Schedule J, Line 22) | $ |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6A (Official Form 6A) (12/07)

In re  Glenn Javan Coffey,                                          Case No. _____
                        **Debtor**                                          **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Primary Residence - Single Family Home<br><br>1835 Holly Lane, Flossmoor, IL 60422 | Fee Simple Ownership | H | $260,000.00 | $409,302.84 |
| Multi-unit mixed used apartment building (rental/investment use) located at 136 E. 107th Street, Chicago, Illinois<br><br>136 E. 107th Street, Chicago, Illinois | Fee Simple Ownership | H | $20,000.00 | $172,759.40 |
| Rental Property - Home<br><br>Single Family Home - investment/rental property located at 627 E. 91st Street, Chicago, Illinois | Fee Simple Ownership | H | $10,000.00 | $102,460.26 |
| | | Total ▶ | $290,000.00 | |

(Report also on Summary of Schedules.)

B 6B  (Official Form 6B) (12/2007)

In re  Glenn Javan Coffey,_____          Case No.  _____
                        Debtor                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on Hand | H | $20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account #455566971 at Chase Bank | H | $1,100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | One-half (1/2) interest in household goods, furnishings (including but not limited to tv's, bedroom furniture, kitchen appliances, tables, chairs, etc.) | J | $600.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | One-half (1/2) interest in one ordinary lot of miscellaneous books, pictures and other art objects | J | $250.00 |
| 6. Wearing apparel. | | One ordinary lot of men's wearing apparel | H | $250.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Life Insurance Policy through AARP from New York Life Ins. Co. Policy/Account #A7816676 Cash Surrender Value:  $0.00 Beneficiary:   Spouse, Vickii Coffey | H | $0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re  **Glenn Javan Coffey,**                                          Case No.  _____
                                  Debtor                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Pension/Retirement Account through employer IMRF Account / Member ID #177-4356 | H | $15,339.33 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | One-half (1/2) membership interest in AIC Holdings, LLC (involuntarily dissolved 4/10/2015) | H | $0.00 |
| | | 100% interest in V.G. Coffey & Associates, Inc. (involuntarily dissolved 12/12/2008) | H | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re **Glenn Javan Coffey,**_____    Case No. _____
                                        Debtor                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1997 Chevy Pickup Truck (over 170,000 miles) | H | $500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_3_ continuation sheets attached          Total ▶                    $18,059.33

B 6B  (Official Form 6B) (12/2007)

In re  **Glenn Javan Coffey,**_____     Case No. _____
                              **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | | | |

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

B6C (Official Form 6C) (04/13)

In re **Glenn Javan Coffey,** _____     Case No. _____
                    **Debtor**                                                   **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $155,675.*
☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Primary Residence - Single Family Home | 735 ILCS 5/12-901 | $15,000.00 | $260,000.00 |
| Cash on Hand | 735 ILCS 5/12-1001(b) | $20.00 | $20.00 |
| Checking Account #455566971 at Chase Bank | 735 ILCS 5/12-1001(b) | $1,100.00 | $1,100.00 |
| One-half (1/2) interest in household goods, furnishings (including but not limited to tv's, bedroom furniture, kitchen appliances, tables, chairs, etc.) | 735 ILCS 5/12-1001(b) | $600.00 | $600.00 |
| One-half (1/2) interest in one ordinary lot of miscellaneous books, pictures and other art objects | 735 ILCS 5/12-1001(b) | $250.00 | $250.00 |
| One ordinary lot of men's wearing apparel | 735 ILCS 5/12-1001(a),(e) | $250.00 | $250.00 |
| Term Life Insurance Policy through AARP from New York Life Ins. Co. Policy/Account #A7816676 Cash Surrender Value: $0.00 Beneficiary:   Spouse, Vickii Coffey | 735 ILCS 5/12-1001(f) | $0.00 | $0.00 |
| One-half (1/2) membership interest in AIC Holdings, LLC (involuntarily dissolved 4/10/2015) | 735 ILCS 5/12-1001(b) | $0.00 | $0.00 |
| 1997 Chevy Pickup Truck (over 170,000 miles) | 735 ILCS 5/12-1001(c) | $500.00 | $500.00 |
| 100% interest in V.G. Coffey & Associates, Inc. (involuntarily dissolved 12/12/2008) | 735 ILCS 5/12-1001(b) | $0.00 | $0.00 |
| Pension/Retirement Account through employer IMRF Account / Member ID #177-4356 | 735 ILCS 5/12-1006 | $15,339.33 | $15,339.33 |

Debtor claims the balance of the         735 ILCS 5/12-1001     Unknown          Unknown
Illinois $4,000 pickup exemption,
as needed and necessary

\* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6D (Official Form 6D) (12/07)

In re **Glenn Javan Coffey** _____, Case No. _____

Debtor                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8069<br>**The CIT Group/Consumer Finance, Inc.**<br>c/o Pierce & Associates<br>1 N. Dearborn Street, #1300<br>Chicago, IL 60602 | X | | 12/24/2007<br>First Mortgage<br><br>Single Family Home - rental/investment property located at 627 E. 91st Street, Chicago, Illinois<br>VALUE $  **$10,000.00** | | X | | $102,460.26 | $92,460.26 |
| Additional Contacts for The CIT Group/Consumer Finance, Inc. (8069):<br><br>**The CIT Group/Consumer Finance, Inc.**<br>715 S. Metropolitan Avenue<br>Oklahoma City, OK 73108 | | | | | | | | |
| ACCOUNT NO. 4794<br>**Urban Partnership Bank**<br>c/o Chuhak & Tecson, P.C.<br>30 S. Wacker Drive, #2600<br>Chicago, IL 60606 | X | | 2014<br>First Mortgage<br><br>Multi-unit mixed used apartment building (rental/investment use) located at 136 E. 107th Street, Chicago, Illinois<br>VALUE $  **$20,000.00** | | X | | $172,759.40 | $152,759.40 |
| ACCOUNT NO. 9909<br>**Wells Fargo Bank, N.A. et al**<br>c/o Wirbicki Law Group LLC<br>33 W. Monroe Street, #1140<br>Chicago, IL 60603 | X | | April, 2014<br>First Mortgage<br><br>Single Family Home - One-half (1/2) interest in primary residence located at 1835 Holly Lane, Flossmoor, IL 60422<br>VALUE $  **$260,000.00** | | X | | $409,302.84 | $149,302.84 |

**0**  continuation sheets attached

| | | |
|---|---|---|
| Subtotal ▶<br>(Total of this page) | $  684,522.50 | $  394,522.50 |
| Total ▶<br>(Use only on last page) | $  684,522.50 | $  394,522.50 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6E (Official Form 6E) (04/13)

In re __Glenn Javan Coffey_____,   Case No._____
                                   Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[X]  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

[ ]  **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

[ ]  **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

[ ]  **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ]  **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

[ ]  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

[ ]  **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

[ ]  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

[ ]  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

[ ]  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____0____  continuation sheets attached

B 6F (Official Form 6F) (12/07)

In re **Glenn Javan Coffey**_____, Case No. _____
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *See instructions above.* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.　5838<br><br>**Chicago Title Land Trust Co.**<br>**10 S. LaSalle Street, #2750**<br>**Chicago, IL 60603** | X | | **2015**<br><br>**Possible personal liability on trust fees on behalf of AIC Holdings, LLC regarding various properties** | | X | | $3,000.00 |
| ACCOUNT NO.　7245<br><br>**Citibank South Dakota**<br>**c/o Blatt Hasenmiller Leibske**<br>**10 S. LaSalle Street, #2200**<br>**Chicago, IL 60603** | | | **2008**<br><br>**Judgment entered for credit card charges/miscellanous purchases** | | X | | $7,300.02 |
| ACCOUNT NO.　7628<br><br>**City of Chicago**<br>**c/o Goldman & Grant**<br>**205 W. Randolph, #1100**<br>**Chicago, IL 60606** | | | **2007**<br><br>**Administrative Judgment entered in Case No. 2006-M1-627628** | | X | | $5,274.00 |
| ACCOUNT NO.　3301<br><br>**City of Chicago**<br>**30 N. LaSalle Street, Suite 700**<br>**Chicago, IL 60602** | X | | **2007**<br><br>**Possible personal liability on judgment entered against AIC Holdings, LLC in Case No. 2007-M1-403301 for building violations/unsafe conditions regarding property located at 1445 E. 67th Street, Chicago, Illinois** | | X | | $2,500.00 |

　　　　　　　　　　　　　　　　　　　　　　　　　　Subtotal► $　18,074.02

**6** continuation sheets attached

　　　　　　　　　　　　　　　　　　　　　　　　　　Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Glenn Javan Coffey**                                                ,                     Case No. _____
                    **Debtor**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.     0198<br><br>City of Chicago<br>30 N. LaSalle Street, Suite 700<br>Chicago, IL 60602 | X | | 2015<br><br>Possible personal liability on complaint (#15-M1-400198) filed against AIC Holdings, LLC for building violations/unsafe conditions regarding property located at 10038 S. St. Lawrence, Chicago, Illinois | | X | | $6,000.00 |
| ACCOUNT NO.     4998<br><br>City of Chicago<br>30 N. LaSalle Street, Suite 700<br>Chicago, IL 60602 | X | | 2013<br><br>**Possible personal liability on judgment entered against AIC Holdings, LLC in case #13-M1-684998** | | X | | $927.00 |
| ACCOUNT NO.     5112<br><br>City of Chicago<br>30 N. LaSalle Street, Suite 700<br>Chicago, IL 60602 | X | | 2013<br><br>**Possible personal liability on judgment entered against AIC Holdings, LLC in Case #13-M1-675112 for building violations/unsafe conditions** | | X | | $8,117.00 |
| ACCOUNT NO.     9355<br><br>City of Chicago<br>30 N. LaSalle Street, Suite 700<br>Chicago, IL 60602 | X | | 2015<br><br>Possible personal liability on pending judgment entered against AIC Holdings, LLC regarding property located at 9632 S. Bishop, Chicago, Illinois | | X | | $470.78 |

Sheet no. __1__ of __6__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **15,514.78**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Glenn Javan Coffey** _____,  Case No. _____
                  **Debtor**                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0004<br><br>City of Chicago<br>30 N. LaSalle Street, Suite 700<br>Chicago, IL 60602 | X | | 2013<br><br>Possible personal liability on judgment entered against AIC Holdings, LLC in Case No. 2013-M1-400004 for building violations/unsafe conditions regarding property located at 1445-47 E. 67th Street, Chicago, Illinois | | X | | $2,500.00 |
| ACCOUNT NO. 0501<br><br>City of Chicago<br>30 N. LaSalle Street, Suite 700<br>Chicago, IL 60602 | X | | 2015<br><br>Possible personal liability on complaint (#15-M1-400501) filed against AIC Holdings, LLC for building violations/unsafe conditions regarding property located at 7345 S. Princeton Ave., Chicago, Illinois 60621 | | X | | $15,000.00 |
| ACCOUNT NO. 5206<br><br>City of Chicago<br>c/o Heller Frisone Ltd.<br>33 N. LaSalle Street, #1200<br>Chicago, IL 60602 | | | 2003<br><br>**Administrative Judgment entered in Case No. 2003-M1-615206** | | X | | $10,788.00 |
| ACCOUNT NO. 9184<br><br>City of Chicago<br>c/o Wexler & Wexler<br>500 W. Madison Street, #450<br>Chicago, IL 60661 | | | 2003<br><br>**Administrative Judgment entered in Case No. 2003-M1-609184** | | X | | $2,133.00 |

Sheet no. __**2**__ of __**6**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ 30,421.00

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Glenn Javan Coffey** _____ ,  Case No. _____

Debtor  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 476A<br><br>City of Chicago - Water Department<br>30 N. LaSalle Street, Suite 700<br>Chicago, IL 60602 | X | | 2012<br><br>Possible personal liability on water bill judgment entered against AIC Holdings, LLC in Case No. 12-WD-01476-A regarding property located at 136 E. 107th Street, Chicago, Illinois | | X | | $5,162.50 |
| ACCOUNT NO. 477A<br><br>City of Chicago - Water Department<br>30 N. LaSalle Street, Suite 700<br>Chicago, IL 60602 | X | | 2012<br><br>Possible personal liability on water bill judgment entered against AIC Holdings, LLC in Case No. 12-WD-01477-A regarding property located at 136 E. 107th Street, Chicago, Illinois | | X | | $6,828.26 |
| ACCOUNT NO. 4366<br><br>Community Initiatives, Inc.<br>c/o Martin F. Hauselman, Esq.<br>39 S. LaSalle Street<br>Chicago, IL 60603 | X | | 2015<br><br>Possible personal liability on pending judgment by Receiver against AIC Holdings, LLC in Case No. 2015-CH-04366 regarding property located at 1445-47 E. 67th Place, Chicago, Illinois 60637 | | X | | $9,091.62 |
| ACCOUNT NO. 1692<br><br>First Northern Credit<br>c/o Blitt & Gaines, PC<br>661 Glenn Avenue<br>Wheeling, IL 60090 | | | 4904<br><br>Judgment entered in Case No. 07-M1-251692 for medical services rendered at Northwestern University | | X | | $4,904.00 |

Sheet no. **3** of **6** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 25,986.38

Total▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Glenn Javan Coffey**_____,    Case No. _____
                   **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.    4439**<br><br>**FNA Elm H, LLC**<br>**c/o Stephen G. Deely**<br>**120 N. LaSalle St., 29th Floor**<br>**Chicago, IL 60602** | X | | **12/24/2014**<br><br>**Possible Personal Guaranty of real estate property taxes owed on behalf of AIC Holdings, LLC for property located at 1445-1447 E. 67th Place, Chicago, Illinois** | | | | **Unknown** |
| Additional Contacts for FNA Elm H, LLC (4439):<br><br>**Cook County Clerk**<br>**118 N. Clark Street, Rm 434**<br>**Chicago, IL 60602**<br><br>**FNA 2013-1 Trust, U.S. Bank N.A.**<br>**190 S. LaSalle St., 7th Floor**<br>**Chicago, IL 60603** | | | | | | | |
| **ACCOUNT NO.    XXXX**<br><br>**Peoples Energy Northshore Gas**<br>**P.O. Box 0**<br>**Chicago, IL 60690-3991** | X | | **2009**<br><br>**Possible personal liability on heating/gas services on behalf of AIC Holdings, LLC regarding property located at 2017-19 E. 72nd Street, Chicago, Illinois** | | X | | **$15,042.00** |
| **ACCOUNT NO.    XXXX**<br><br>**Peoples Energy Northshore Gas**<br>**P.O. Box 0**<br>**Chicago, IL 60690-3991** | X | | **2009**<br><br>**Possible personal liability on heating/gas services on behalf of AIC Holdings, LLC in regarding property located at 2017-19 E. 72nd Street, Chicago, Illinois** | | X | | **$1,094.00** |

Sheet no. **4** of **6** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **16,136.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Glenn Javan Coffey** _____ ,     Case No. _____
       **Debtor**                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** xxxx<br><br>**St. James Radiologist**<br>**20201 S. Crawford Avenue**<br>**Olympia Fields, IL 60461** | | | **2010**<br>**Medical Services** | | X | | $181.00 |
| **ACCOUNT NO.** 5385<br><br>**Urban Partnership Bank**<br>**c/o Chuhak & Tecson, P.C.**<br>**30 S. Wacker Drive, #2600**<br>**Chicago, IL 60606** | X | | **2013**<br>**Personal Guaranty of Mortgage Loan/Note #65385 for AIC Holdings, LLC property located at 1445-1447 E. 67th Place, Chicago, Illinois** | | X | | $419,598.30 |
| **ACCOUNT NO.** 5939<br><br>**Urban Partnership Bank**<br>**c/o Chuhak & Tecson, P.C.**<br>**30 S. Wacker Drive, #2600**<br>**Chicago, IL 60606** | X | | **2012**<br>**Personal Guaranty of Mortgage Loans/Notes #64227 and #65939 for AIC Holdings, LLC property located at 2017-19 E. 72nd Street, Chicago, Illinois 60649** | | X | | $404,987.92 |
| **ACCOUNT NO.** 5076<br><br>**Urban Partnership Bank**<br>**c/o Chuhak & Tecson, P.C.**<br>**30 S. Wacker Drive, # 2600**<br>**Chicago, IL 60606** | X | | **2006**<br>**Possible personal liability on line of credit on behalf of AIC Holdings, LLC** | | X | | $208,360.21 |

Sheet no. __5__ of __6__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                Subtotal► $ **1,033,127.43**

                Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Glenn Javan Coffey**                        ,          Case No. _____
                          **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    8989<br><br>US Bank, N.A.<br>c/o Freedman Anselmo Lindberg<br>1771 W. Diehl, Suite 150<br>Naperville, IL 60566 | | | 8/9/2013<br><br>**Complaint for breach of contract; summary judgment entered 6/12/2014** | | X | | $125,300.00 |
| ACCOUNT NO.    xxxx<br><br>Walgreen Co. - Pharmacy<br>1419 Lake Cook Rd.<br>MS #L390<br>Deerfield, IL 60015 | | | 2012<br><br>**Medical/Prescription Supplies** | | X | X | $131.00 |
| | | | | | | | |
| | | | | | | | |

Sheet no. __6__ of __6__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **125,431.00**

Total▶  $  **1,264,690.61**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re **Glenn Javan Coffey,** _____    Case No. _____

Debtor                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

B 6H (Official Form 6H) (12/07)

In re  **Glenn Javan Coffey,**                                              Case No. _____
                        **Debtor**                                                                    **(if known)**

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| AIC Holdings, LLC<br>1835 Holly Lane<br>Flossmoor, IL 60422 | The CIT Group/Consumer Finance, Inc.<br>Account No.: 8069<br>c/o Pierce & Associates<br>1 N. Dearborn Street, #1300<br>Chicago, IL 60602 |
| Vickii P. Coffey<br>1835 Holly Lane<br>Flossmoor, IL 60422 | Wells Fargo Bank, N.A. et al<br>Account No.: 9909<br>c/o Wirbicki Law Group LLC<br>33 W. Monroe Street, #1140<br>Chicago, IL 60603 |
| Cheryl Curry<br>800 N. Euclid<br>Oak Park, IL 60302<br><br>AIC Holdings, LLC<br>1835 Holly Lane<br>Flossmoor, IL 60422 | Urban Partnership Bank<br>Account No.: 4794<br>c/o Chuhak & Tecson, P.C.<br>30 S. Wacker Drive, #2600<br>Chicago, IL 60606 |
| Cheryl Curry<br>800 N. Euclid<br>Oak Park, IL 60302<br><br>AIC Holdings, LLC<br>1835 Holly Lane<br>Flossmoor, IL 60422 | Urban Partnership Bank<br>Account No.: 5939<br>c/o Chuhak & Tecson, P.C.<br>30 S. Wacker Drive, #2600<br>Chicago, IL 60606 |
| Cheryl Curry<br>800 N. Euclid<br>Oak Park, IL 60302<br><br>AIC Holdings, LLC<br>1835 Holly Lane<br>Flossmoor, IL 60422 | Urban Partnership Bank<br>Account No.: 5385<br>c/o Chuhak & Tecson, P.C.<br>30 S. Wacker Drive, #2600<br>Chicago, IL 60606 |
| Cheryl Curry<br>800 N. Euclid<br>Oak Park, IL 60302<br><br>AIC Holdings, LLC<br>1835 Holly Lane<br>Flossmoor, IL 60422 | FNA Elm H, LLC<br>Account No.: 4439<br>c/o Stephen G. Deely<br>120 N. LaSalle St., 29th Floor<br>Chicago, IL 60602 |
| Cheryl Curry<br>800 N. Euclid<br>Oak Park, IL 60302<br><br>AIC Holdings, LLC<br>1835 Holly Lane<br>Flossmoor, IL 60422 | City of Chicago<br>Account No.: 0501<br>30 N. LaSalle Street, Suite 700<br>Chicago, IL 60602 |
| Cheryl Curry<br>800 N. Euclid<br>Oak Park, IL 60302<br><br>AIC Holdings, LLC | City of Chicago<br>Account No.: 0198<br>30 N. LaSalle Street, Suite 700<br>Chicago, IL 60602 |

B 6H (Official Form 6H) (12/07)

In re  Glenn Javan Coffey,                                        Case No. _____
                              **Debtor**                                      **(if known)**

# SCHEDULE H – CODEBTORS

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| 1835 Holly Lane<br>Flossmoor, IL 60422 | |
| Cheryl Curry<br>800 N. Euclid<br>Oak Park, IL 60302<br><br>AIC Holdings, LLC<br>1835 Holly Lane<br>Flossmoor, IL 60422 | City of Chicago<br>Account No.: 4998<br>30 N. LaSalle Street, Suite 700<br>Chicago, IL 60602 |
| Cheryl Curry<br>800 N. Euclid<br>Oak Park, IL 60302<br><br>AIC Holdings, LLC<br>1835 Holly Lane<br>Flossmoor, IL 60422 | City of Chicago<br>Account No.: 5112<br>30 N. LaSalle Street, Suite 700<br>Chicago, IL 60602 |
| Cheryl Curry<br>800 N. Euclid<br>Oak Park, IL 60302<br><br>AIC Holdings, LLC<br>1835 Holly Lane<br>Flossmoor, IL 60422 | City of Chicago<br>Account No.: 0004<br>30 N. LaSalle Street, Suite 700<br>Chicago, IL 60602 |
| Cheryl Curry<br>800 N. Euclid<br>Oak Park, IL 60302<br><br>AIC Holdings, LLC<br>1835 Holly Lane<br>Flossmoor, IL 60422 | City of Chicago<br>Account No.: 9355<br>30 N. LaSalle Street, Suite 700<br>Chicago, IL 60602 |
| Cheryl Curry<br>800 N. Euclid<br>Oak Park, IL 60302<br><br>AIC Holdings, LLC<br>1835 Holly Lane<br>Flossmoor, IL 60422 | City of Chicago<br>Account No.: 3301<br>30 N. LaSalle Street, Suite 700<br>Chicago, IL 60602 |
| AIC Holdings, LLC<br>1835 Holly Lane<br>Flossmoor, IL 60422 | City of Chicago - Water Department<br>Account No.: 476A<br>30 N. LaSalle Street, Suite 700<br>Chicago, IL 60602 |
| AIC Holdings, LLC<br>1835 Holly Lane<br>Flossmoor, IL 60422 | City of Chicago - Water Department<br>Account No.: 477A<br>30 N. LaSalle Street, Suite 700<br>Chicago, IL 60602 |

B 6H (Official Form 6H) (12/07)

In re  Glenn Javan Coffey,_____          Case No. _____
                              **Debtor**                                          **(if known)**

# SCHEDULE H – CODEBTORS

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Cheryl Curry<br>800 N. Euclid<br>Oak Park, IL 60302<br><br>AIC Holdings, LLC<br>1835 Holly Lane<br>Flossmoor, IL 60422 | Peoples Energy Northshore Gas<br>Account No.: XXXX<br>P.O. Box 0<br>Chicago, IL 60690-3991 |
| Cheryl Curry<br>800 N. Euclid<br>Oak Park, IL 60302<br><br>AIC Holdings, LLC<br>1835 Holly Lane<br>Flossmoor, IL 60422 | Urban Partnership Bank<br>Account No.: 5076<br>c/o Chuhak & Tecson, P.C.<br>30 S. Wacker Drive, # 2600<br>Chicago, IL 60606 |
| Cheryl Curry<br>800 N. Euclid<br>Oak Park, IL 60302<br><br>AIC Holdings, LLC<br>1835 Holly Lane<br>Flossmoor, IL 60422 | Peoples Energy Northshore Gas<br>Account No.: XXXX<br>P.O. Box 0<br>Chicago, IL 60690-3991 |
| Cheryl Curry<br>800 N. Euclid<br>Oak Park, IL 60302<br><br>AIC Holdings, LLC<br>1835 Holly Lane<br>Flossmoor, IL 60422 | Chicago Title Land Trust Co.<br>Account No.: 5838<br>10 S. LaSalle Street, #2750<br>Chicago, IL 60603 |
| Cheryl Curry<br>800 N. Euclid<br>Oak Park, IL 60302<br><br>AIC Holdings, LLC<br>1835 Holly Lane<br>Flossmoor, IL 60422 | Community Initiatives, Inc.<br>Account No.: 4366<br>c/o Martin F. Hauselman, Esq.<br>39 S. LaSalle Street<br>Chicago, IL 60603 |

**Fill in this information to identify your case:**

Debtor 1   **Glenn Javan Coffey**
First Name        Middle Name            Last Name

Debtor 2
(Spouse, if filing) First Name        Middle Name            Last Name

United States Bankruptcy Court for: **Northern District of Illinois**

Case number _____
(If known)

Check if this is:

❏ An amended filing
❏ A supplement showing post-petition
chapter 13 income as of the following date:
_____
MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☒ Employed<br>❏ Not employed | ☒ Employed<br>❏ Not employed |
| Occupation | **Technology Specialist** | **Instructor** |
| Employer's name | **Hazel Crest School District** | **Governor's State University** |
| Employer's address | **1910 W. 170th Street**<br>Number   Street | **1 University Parkway**<br>Number   Street |
|  | **Hazel Crest, IL 60429**<br>City        State   ZIP Code | **University Park, IL 60484-0975**<br>City         State   ZIP Code |
| How long employed there? | **7 years** | **2 years** |

### Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **4,528.00** | $ **2,915.00** |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $ **0.00** | + $ **0.00** |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $ **4,528.00** | $ **2,915.00** |

Debtor 1    **Glenn Javan Coffey**
_____
First Name    Middle Name    Last Name

Case number _(if known)_____

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here .................................................. → 4. | $ **4,528.00** | $ **2,915.00** |

5. List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ **720.48** | $ **290.00** |
| 5b. Mandatory contributions for retirement plans | 5b. | $ **0.00** | $ **0.00** |
| 5c. Voluntary contributions for retirement plans | 5c. | $ **0.00** | $ **0.00** |
| 5d. Required repayments of retirement fund loans | 5d. | $ **0.00** | $ **0.00** |
| 5e. Insurance | 5e. | $ **280.68** | $ **0.00** |
| 5f. Domestic support obligations | 5f. | $ **0.00** | $ **0.00** |
| 5g. Union dues | 5g. | $ **188.08** | $ **0.00** |
| 5h. Other deductions. Specify: **Misc Employee Deductions** | 5h. | + $ **0.00** | + $ **351.30** |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. 6. $ **1,189.24**  $ **641.30**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. 7. $ **3,338.76**  $ **2,273.70**

8. List all other income regularly received:

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. 8a. $ **0.00**  $ **0.00**

8b. **Interest and dividends** 8b. $ **0.00**  $ **0.00**

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. 8c. $ **0.00**  $ **0.00**

8d. **Unemployment compensation** 8d. $ **0.00**  $ **0.00**

8e. **Social Security** 8e. $ **0.00**  $ **0.00**

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____ 8f. $_____  $_____

8g. **Pension or retirement income** 8g. $ **0.00**  $ **0.00**

8h. **Other monthly income. Specify:** _____ 8h. + $_____  + $_____

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. 9. $ **0.00**  $ **0.00**

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. 10. $ **3,338.76** + $ **2,273.70** = $ **5,612.46**

11. **State all other regular contributions to the expenses that you list in _Schedule J_.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in _Schedule J_.

Specify: **None** _____ 11. + $ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the _Summary of Schedules_ and _Statistical Summary of Certain Liabilities and Related Data,_ if it applies 12. $ **5,612.46**

Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**
☒ No.
☐ Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1    **Glenn Javan Coffey**
_____
First Name            Middle Name            Last Name

Debtor 2
(Spouse, if filing) First Name        Middle Name        Last Name

United States Bankruptcy Court for : **Northern District of Illinois**

Case number _____
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
maintains a separate household

## Official Form B 6J

# Schedule J: Your Expenses                                      12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number
(if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☒ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☒ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**          ☒ No

   Do not list Debtor 1 and          ☐ Yes. Fill out this information for
   Debtor 2.                              each dependent...................

   Do not state the dependents'
   names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include**          ☒ No
   **expenses of people other than**     ☐ Yes
   **yourself and your dependents?**

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know the value
of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and
   any rent for the ground or lot.                                                    4.  $ **2,772.00**

   If not included in line 4:

   4a.  Real estate taxes                                                           4a.  $_____

   4b.  Property, homeowner's, or renter's insurance                                 4b.  $_____

   4c.  Home maintenance, repair, and upkeep expenses                                4c.  $ **100.00**

   4d.  Homeowner's association or condominium dues                                   4d.  $ **0.00**

Debtor 1    **Glenn Javan Coffey**
First Name        Middle Name        Last Name

Case number *(if known)*_____

| | | **Your expenses** |
|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans — 5. $ 0.00

6. **Utilities:**

   6a.  Electricity, heat, natural gas — 6a. $ 600.00

   6b.  Water, sewer, garbage collection — 6b. $ 40.00

   6c.  Telephone, cell phone, Internet, satellite, and cable services — 6c. $ 100.00

   6d.  Other. Specify:_____ — 6d. $ 0.00

7. **Food and housekeeping supplies** — 7. $ 200.00

8. **Childcare and children's education costs** — 8. $ 0.00

9. **Clothing, laundry, and dry cleaning** — 9. $ 100.00

10. **Personal care products and services** — 10. $ 60.00

11. **Medical and dental expenses** — 11. $ 60.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments. — 12. $ 200.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ 50.00

14. **Charitable contributions and religious donations** — 14. $ 100.00

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.  Life insurance — 15a. $ 250.00

   15b.  Health insurance — 15b. $ 0.00

   15c.  Vehicle insurance — 15c. $ 125.00

   15d.  Other insurance. Specify:_____ — 15d. $ 0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____ — 16. $ 0.00

17. **Installment or lease payments:**

   17a.  Car payments for Vehicle 1 — 17a. $ 0.00

   17b.  Car payments for Vehicle 2 — 17b. $ 0.00

   17c.  Other. Specify:_____ — 17c. $_____

   17d.  Other. Specify:_____ — 17d. $_____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I).** — 18. $ 0.00

19. **Other payments you make to support others who do not live with you.**
Specify: **None** — 19. $ 0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**

   20a.  Mortgages on other property — 20a. $ 0.00

   20b.  Real estate taxes — 20b. $ 0.00

   20c.  Property, homeowner's, or renter's insurance — 20c. $ 0.00

   20d.  Maintenance, repair, and upkeep expenses — 20d. $ 0.00

   20e.  Homeowner's association or condominium dues — 20e. $ 0.00

Debtor 1    **Glenn Javan Coffey**
           First Name    Middle Name    Last Name

Case number *(if known)*_____

21.  **Other**. Specify: **Student Loan** _____        21.  +$ **150.00** _____

22.  **Your monthly expenses.** Add lines 4 through 21.
     The result is your monthly expenses.                                  22.  $ **4,907.00**

23.  **Calculate your monthly net income.**

     23a.  Copy line 12 *(your combined monthly income)* from *Schedule I.*    23a.  $ **5,612.46** _____

     23b.  Copy your monthly expenses from line 22 above.                      23b.  − $ **4,907.00** _____

     23c.  Subtract your monthly expenses from your monthly income.
           The result is your *monthly net income.*                           23c.  $ **705.46**

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☒ No.
     ❑ Yes.    Explain here:

In re  **Glenn Javan Coffey**                                                        ,        Case No. _____
_____
                    Debtor                                                                                (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _17_ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **5-1-2015**                                        Signature: _____
                                                                                    Glenn Javan Coffey Debtor

Date _____             Signature: _____
                                                                                    (Joint Debtor, if any)

                                                            [If joint case, both spouses must sign.]

------------------------------------------------------------------------------------------------------
**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                    _____
Printed or Typed Name and Title, if any,                   Social Security No.
of Bankruptcy Petition Preparer                             *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____                   _____
  Signature of Bankruptcy Petition Preparer                  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*
------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                                            Signature: _____

                                                            _____
                                                            [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
------------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re   Glenn Javan Coffey _____          Case No. _____
       Debtor                                                                                  Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>The CIT Group/Consumer Finance, Inc. | **Describe Property Securing Debt:**<br>Single Family Home - rental/investment property located at 627 E. 91st Street, Chicago, Illinois |

Property will be *(check one)*:
       ☒ Surrendered           ☐ Retained

If retaining the property, I intend to *(check at least one)*:
       ☐ Redeem the property
       ☐ Reaffirm the debt
       ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
       ☐ Claimed as exempt     ☒ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Wells Fargo Bank, N.A. et al | **Describe Property Securing Debt:**<br>Single Family Home - One-half (1/2) interest in primary residence located at 1835 Holly Lane, Flossmoor, IL 60422 |

Property will be *(check one)*:
       ☐ Surrendered           ☒ Retained

If retaining the property, I intend to *(check at least one)*:
       ☐ Redeem the property
       ☒ Reaffirm the debt
       ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
       ☐ Claimed as exempt     ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)                                                                                   Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Urban Partnership Bank | **Describe Property Securing Debt**:<br>Multi-unit mixed used apartment building (rental/investment use) located at 136 E. 107th Street, Chicago, Illinois |

| Property will be *(check one)*:<br>    ☒ Surrendered        ☐ Retained<br><br>If retaining the property, I intend to *(check at least one)*:<br>    ☐ Redeem the property<br>    ☐ Reaffirm the debt<br>    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is *(check one)*:<br>    ☐ Claimed as exempt    ☒ Not claimed as exempt |
|---|

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:**<br>None | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☒ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____5-1-2015_____

_____
Signature of Debtor

_____
Signature of Joint Debtor

B 7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: Glenn Javan Coffey

Debtor

Case No

(if known)

## STATEMENT OF FINANCIAL AFFAIRS

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

Debtor:

| Current Year (2015):<br>$18,808.92 | Hazel Crest School District |
|---|---|
| Previous Year 1 (2014):<br>$51,421.63 | Hazel Crest School District |
| Previous Year 2 (2013):<br>$50,068.65 | Hazel Crest School District |

Joint Debtor:
N/A

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

Debtor:

| Current Year (2015):<br>$0.00 | Rental/Real Estate Income - no rental income received |
|---|---|
| Previous Year 1 (2014):<br>$-12,926.00 | Rental/Real Estate Income - loss reported/no rental income received |

Joint Debtor:
    N/A

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☒

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Debtor:<br>Wells Fargo Bank, N.A. et al<br>c/o Wirbicki Law Group LLC<br>33 W. Monroe Street, #1140<br>Chicago, Illinois 60603 | Monthly for the last 4 months for mortgage on primary residence | $11,088.00 | $409,302.84 |

None
☒

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Debtor:<br>Urban Partnership Bank, Assignee of FDIC, Receiver for ShoreBank v. AIC Holdings, LLC, Cheryl Curry, Glenn Coffey, City of Chicago Dept. of Water Management, et al<br>Case Number: 2012 CH 33978 | Foreclosure Proceedings on 2017-19 E. 72nd St., Chicago, IL property | Circuit Court of Cook County, County Department, Chancery Division Chicago, Illinois | Pending |
| Urban Partnership Bank, Assignee of FDIC, Receiver for ShoreBank v. Citibank, City of Chicago, Glenn Coffey, Vickii Coffey, First Northern Credit Union, et al<br>Case Number: 2013-CH-18013 | Foreclosure Proceedings on 1445-47 E. 67th Place, Chicago, IL property | Circuit Court of Cook County, County Department, Chancery Division Chicago, Illinois | Foreclosed; Receiver discharged; & Order of Possession entered 10/7/14 |
| Urban Partnership Bank, Assignee of FDIC, Receiver for ShoreBank v. AIC Holdings, LLC, Chicago Title Land Trust, City of Chicago, Glenn Coffey, Cheryl Curry, et al<br>Case Number: 2013-CH-18014 | Foreclosure Proceedings on 1445-47 E. 67th Place, Chicago, IL property | Circuit Court of Cook County, County Department, Chancery Division Chicago, Illinois | Judgment entered 10/9/14 - $419,598; property surrendered |
| Wells Fargo Bank v. Glenn Coffey, Vickii Coffey, First Northern Credit Union, et al<br>Case Number: 2010-CH-40806 | Foreclosure Proceedings on 1835 Holly Ln., Flossmoor, IL 60422 (primary residence) | Circuit Court of Cook County, County Department, Chancery Division Chicago, Illinois | Loan modified (property/loan reaffirmed); Case dismissed 4/13/2015 |
| CIT Group, et al v. AIC Holdings, Glenn Coffey, et al<br>Case Number: 2007-CH-38069 | Foreclosure Proceedings on 627 E. 91st St., Chicago, Illinois property | Circuit Court of Cook County, County Department, Chancery Division Chicago, Illinois | Judgment/Dismissed without prejudice |
| City of Chicago v. AIC Holdings, LLC, et al<br>Case Number: 2015-M1-400501 | Housing/Building violations re: 7345 S. Princeton, Chicago, IL property | Circuit Court of Cook County, Municipal Division, First District Chicago, Illinois | Pending |
| City of Chicago v. AIC Holdings, LLC, et al<br>Case Number: 2015-M1-400198 | Housing/Building Violations on 10038 S. St. Lawrence, Chicago, IL property | Circuit Court of Cook County, Municipal Division, First District Chicago, Illinois | Pending |
| City of Chicago v. AIC Holdings, LLC, et al<br>Case Number: 2013-M1-684998 | Housing/Building Violations | Circuit Court of Cook County, Municipal Division, First District Chicago, Illinois | Judgment entered 10/10/2014 |
| City of Chicago v. AIC Holdings, LLC, | Housing/Building | Circuit Court of Cook | Judgment entered |

| | | | |
|---|---|---|---|
| et al<br>Case Number: 2013-M1-675112 | Violations | County, Municipal<br>Division, First District<br>Chicago, Illinois | 10/8/2014 |
| City of Chicago v. AIC Holdings, LLC,<br>et al<br>Case Number: 2013-M1-400004 | Housing/Building<br>Violations on 1445-47<br>E. 67th Pl., Chicago, IL<br>property | Circuit Court of Cook<br>County, Municipal<br>Division, First District<br>Chicago, Illinois | Judgment entered |
| City of Chicago v. AIC Holdings, LLC,<br>et al<br>Case Number: 2007-M1-403301 | Housing/Building<br>Violations on 1445 E.<br>67th Pl., Chicago, IL<br>property | Circuit Court of Cook<br>County, Municipal<br>Division, First District<br>Chicago, Illinois | Judgment entered |
| US Bank et al v. Glenn Coffey, et al<br>Case Number: 2013-L-008989 | Breach of<br>Contract/Complaint | Circuit Court of Cook<br>County, Law Division<br>Chicago, Illinois | Summary Judgment<br>entered 6/12/2014<br>$125,300 |
| City of Chicago v. Glenn Coffey<br>Case Number: 2006-M1-627628 | Administrative<br>Judgment | Circuit Court of Cook<br>County, Municipal<br>Division, First District<br>Chicago, Illinois | Judgment entered<br>2/6/2007 $5,274 |
| City of Chicago v. Glenn Coffey, Bank<br>One<br>Case Number: 2003-M1-615206 | Administrative<br>Judgment | Circuit Court of Cook<br>County, Municipal<br>Division, First District<br>Chicago, Illinois | Judgment entered<br>7/16/2004 $10,788 |
| City of Chicago v. Glenn Coffey, Bank<br>One, N.A.<br>Case Number: 2003-M1-609184 | Administrative<br>Judgment | Circuit Court of Cook<br>County, Municipal<br>Division, First District<br>Chicago, Illinois | Judgment entered<br>11/10/2003 $2,133 |
| Citibank South Dakota v. Glenn<br>Coffey, Bank One, et al<br>Case Number: 2008-M1-107245 | Contract<br>complaint/Credit Card<br>Charges | Circuit Court of Cook<br>County, Municipal<br>Division, First District<br>Chicago, Illinois | Judgment entered<br>11/2008 $7,300 |
| Northwestern University, First<br>Northern Cre. v. Glen Coffey<br>Case Number: 2007-M1-251692 | Contract<br>Complaint/Medical<br>Services | Circuit Court of Cook<br>County, Municipal<br>Division, First District<br>Chicago, Illinois | Judgment entered $4,904 |
| Community Initiatives v. City of<br>Chicago, Chicago Title Land Trust, et<br>al<br>Case Number: 2015-CH-04366 | Mortgage foreclosure;<br>Receiver complaint | Circuit Court of Cook<br>County, County<br>Department, Chancery<br>Division<br>Chicago, Illinois | Pending |

None
☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one
year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF<br>SEIZURE | DESCRIPTION<br>AND VALUE<br>OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Debtor:<br>Urban Partnership Bank<br>c/o Chuhak & Tecson, P.C.<br>30 S. Wacker Drive, #2600<br>Chicago, Illinois 60606 | Unknown | Multi-unit mixed used apartment building (rental/investment use) located at 136 E. 107th Street, Chicago, Illinois Value: $20,000.00 |
| The CIT Group/Consumer Finance, Inc. c/o Pierce & Associates<br>1 N. Dearborn Street, Suite 1300<br>Chicago, Illinois 60602 | Unknown | Single Family Home -<br>rental/investment property located at 627 E. 91st Street, Chicago, Illinois Value: $10,000.00 |
| Urban Partnership Bank<br>c/o Chuhak & Tecson, P.C.<br>30 S. Wacker Drive, #2600<br>Chicago, Illinois 60606 | Unknown | Rental/investment property located at 1445-47 E. 67th Pl., Chicago, Illinois Value:  Unknown |
| Urban Partnership Bank<br>c/o Chuhak & Tecson, P.C.<br>30 S. Wacker Drive, #2600<br>Chicago, Illinois 60606 | Unknown | Rental/Investment property located at 2017-2019 E. 72nd St., Chicago, Illinois Value:  Unknown |

**6. Assignments and receiverships**

None
☒

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
☐

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

See answer to No. 5 above.

**7. Gifts**

None
☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Debtor: Tishler & Wald, Ltd. 200 S. Wacker Drive, Suite 3000 Chicago, Illinois 60606 | 4/8/2015 4/24/2015 | $4,500.00 $500.00 $4,500.00 received from Vickii Coffey & Associates, Inc. for the within bankruptcy, plus $500.00 from Debtor for the balance of attorneys fees ($165.00) and $335.00 for the Court filing fees |

**10. Other transfers**

None
☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☒

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

### 11. Closed financial accounts

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

### 12. Safe deposit boxes

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

### 13. Setoffs

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☒

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME | NAME AND ADDRESS | DATE OF | ENVIRONMENTAL |
|---|---|---|---|
| AND ADDRESS | OF GOVERNMENTAL UNIT | NOTICE | LAW |

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME | NAME AND ADDRESS | DATE OF | ENVIRONMENTAL |
|---|---|---|---|
| AND ADDRESS | OF GOVERNMENTAL UNIT | NOTICE | LAW |

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Debtor: | | | | |
| V.G. Coffey & Associates, Inc. | 8142/ 16-1618142 | PO Box 792 Flossmoor, Illinois 60422 | Real Estate Investment | Beginning Date: 7/11/2002 Ending Date: 12/12/2008 involuntary dissolution |
| AIC Holdings, LLC | 1831/ 34-2021831 | 1835 Holly Lane Flossmoor, Illinois 60422 | Real Estate Investments | Beginning Date: 10/28/2004 Ending Date: |

4/10/2015
involuntary
dissolution

None
☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                    DATES SERVICES RENDERED

Debtor:
Alan T. Hall, CPA                                    Last 10 years
1215 W. 110th Place, Suite 2
Chicago, Illinois 60643

None
☒

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                    ADDRESS                    DATES SERVICES RENDERED

Debtor:
N/A

None
☒

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                    ADDRESS

Debtor:
N/A

None
☒

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                    DATE ISSUED

Debtor:
N/A

---

**20. Inventories**

None
☒

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

Debtor:
N/A

None
☒

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

Debtor:
N/A

---

**21. Current Partners, Officers, Directors and Shareholders**

None
☐

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| Glenn Coffey 1835 Holly Lane Flossmoor, Illinois 60422 | Member | 50 |
| Cheryl Coffey-Curry 800 N. Euclid Oak Park, Illinois 60302 | Member | 50 |

None
☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Glenn Coffey 1835 Holly Lane Flossmoor, Illinois 60422 | President | Shareholder 100 |

---

**22. Former partners, officers, directors and shareholders**

None ☒  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| N/A | | |

None ☒  b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| N/A | | |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☒  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| N/A | | |

---

**24. Tax Consolidation Group.**

None ☒  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None ☒  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

---

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

_____          _____

Date    _5-1-2015_____    Signature
of Debtor    _____

Signature of
Joint Debtor
Date    _____    (if any)    _____

0 continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

## STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. § 341

INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Bankruptcy Administrator has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of -

(1) the potential consequences of seeking a discharge in bankruptcy,
     including the effects on credit history;
(2) the effect of receiving a discharge of debts in bankruptcy;
(3) the effect of reaffirming a debt; and
(4) your ability to file a petition under a different chapter of the Bankruptcy
     Code.

There are many other provisions of the Bankruptcy Code that may affect your situation. This statement contains only general principles of law and is not a substitute for legal advice. If you have any questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed in your bankruptcy schedules. A discharge is a court order that says that you do not have to repay your debts, but there are a number of exceptions. Debts which usually may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; debts which were not listed in your bankruptcy schedules; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to repay debts which have been discharged. You can only receive a chapter 7 discharge once every eight (8) years.

WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying debts that were not listed on your bankruptcy schedules or that you incurred after you filed bankruptcy. There are exceptions to this general statement. See your lawyer if you have questions.

WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your bankruptcy petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court sixty (60) days after the first meeting of creditors.

Reaffirmation agreements are strictly voluntary. They are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt. This is particularly true when property you wish to retain is collateral for a debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues an order of discharge or within sixty (60) days after you filed the reaffirmation agreement with the court, whichever is later.

If you reaffirm a debt and fail to make the payments as required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any deficiency. In addition, creditors may seek other remedies, such as garnishment of wages.

OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtors' farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtors must pay the chapter 13 trustee the amount set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,000,000 ($250,000 in unsecured debts and $750,000 in secured debts).

AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.

By signing below, I/we acknowledge that I/we have received a copy of this document, and that I/we have had an opportunity to discuss the information in this document with an attorney of my/our choice.

Date    5-1-2015

Glenn Javan Coffey

## WRITTEN NOTICE REQUIRED UNDER SECTION 527(a)(2)

All information that you are required to provide with a petition and thereafter during a case under title 11 ("Bankruptcy") of the United States Code is required to be complete, accurate, and truthful.

All assets and all liabilities are required to be completely and accurately disclosed in the documents filed to commence the case, and the replacement value of each asset as defined in title 11 United States Code section 506 must be stated in those documents where requested after reasonable inquiry to establish such value.

Current monthly income, the amounts specified in section 707(b)(2), and, in a case under chapter 13 of title 11, disposable income (determined in accordance with section 707(b)(2)), are required to be stated after reasonable inquiry.

Information that you provide during your case may be audited pursuant to title 11. Failure to provide such information may result in dismissal of the case under title 11 or other sanction, including criminal sanctions.

Date  _5-1-2015_ _____

_____
**Glenn Javan Coffey**
Debtor

_____
Joint Debtor

_____
**Jeffrey B. Rose**
Attorney for Debtor(s)

## IMPORTANT INFORMATION ABOUT BANKRUPTCY ASSISTANCE
## SERVICES FROM AN ATTORNEY OR BANKRUPTCY PETITION PREPARER

If you decide to seek bankruptcy relief, you can represent yourself, you can hire an attorney to represent you, or you can get help in some localities from a bankruptcy petition preparer who is not an attorney. THE LAW REQUIRES AN ATTORNEY OR BANKRUPTCY PETITION PREPARER TO GIVE YOU A WRITTEN CONTRACT SPECIFYING WHAT THE ATTORNEY OR BANKRUPTCY PETITION PREPARER WILL DO FOR YOU AND HOW MUCH IT WILL COST. Ask to see the contract before you hire anyone.

The following information helps you understand what must be done in a routine bankruptcy case to help you evaluate how much service you need. Although bankruptcy can be complex, many cases are routine.

Before filing a bankruptcy case, either you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and which form of relief is most likely to be beneficial for you. Be sure you understand the relief you can obtain and its limitations. To file a bankruptcy case, documents called a Petition, Schedules and Statement of Financial Affairs, as well as in some cases a Statement of Intention need to be prepared correctly and filed with the bankruptcy court. You will have to pay a filing fee to the bankruptcy court. Once your case starts, you will have to attend the required first meeting of creditors where you may be questioned by a court official called a "trustee" and by creditors.

If you choose to file a chapter 7 case, you may be asked by a creditor to reaffirm a debt. You may want help deciding whether to do so. A creditor is not permitted to coerce you into reaffirming your debts.

If you choose to file a chapter 13 case in which you repay your creditors what you can afford over 3 to 5 years, you may also want help with preparing your chapter 13 plan and with the confirmation hearing on your plan which will be before a bankruptcy judge.

If you select another type of relief under the Bankruptcy Code other than chapter 7 or chapter 13, you will want to find out what should be done from someone familiar with that type of relief.

Your bankruptcy case may also involve litigation. You are generally permitted to represent yourself in litigation in bankruptcy court, but only attorneys, not bankruptcy petition preparers, can give you legal advice.

Date  5-1-2015

**Glenn Javan Coffey**
Debtor

Joint Debtor

**Jeffrey B. Rose**
Attorney for Debtor(s)

This disclosure is provided to assisted persons pursuant to 11 U.S.C. §527(b)

B 203
(12/94)

# United States Bankruptcy Court

## NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

In re

**Glenn Javan Coffey**

Case No. _____

**Debtor**

Chapter **7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **4,665.00**_____

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **4,665.00**_____

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **0.00**\*_____

   *plus a reasonable hourly rate as needed and necessary*

2. The source of the compensation paid to me was:

   ☐ Debtor        ☒ Other (specify) **Vickii Coffey & Associates, Inc.**

3. The source of compensation to be paid to me is:

   ☒ Debtor        ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)

d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~ ----------------

e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Representation of Debtor in adversary proceedings and other bankruptcy matters; Debtor promises to pay a reasonable hourly rate as needed and necessary**

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

5-1-2015
*Date*

**Jeffrey B. Rose**
*Signature of Attorney*

**Tishler & Wald, Ltd.**
*Name of law firm*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS**

In Re:                                                    Bankruptcy Case Number: _____

    **Glenn Javan Coffey**

### VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____

The above named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Dated: _5-1-2015_          _____
                                             Debtor

                                      _____
                                          Joint Debtor

AIC Holdings, LLC
1835 Holly Lane
Flossmoor, IL 60422


Cheryl Curry
800 N. Euclid
Oak Park, IL 60302


Chicago Title Land Trust Co.
10 S. LaSalle Street, #2750
Chicago, IL 60603


Citibank South Dakota
c/o Blatt Hasenmiller Leibske
10 S. LaSalle Street, #2200
Chicago, IL 60603


City of Chicago
30 N. LaSalle Street, Suite 700
Chicago, IL 60602


City of Chicago
c/o Goldman & Grant
205 W. Randolph, #1100
Chicago, IL 60606


City of Chicago
30 N. LaSalle Street, Suite 700
Chicago, IL 60602


City of Chicago
c/o Heller Frisone Ltd.
33 N. LaSalle Street, #1200
Chicago, IL 60602


City of Chicago
c/o Wexler & Wexler
500 W. Madison Street, #450
Chicago, IL 60661

City of Chicago - Water Department
30 N. LaSalle Street, Suite 700
Chicago, IL 60602


Community Initiatives, Inc.
c/o Martin F. Hauselman, Esq.
39 S. LaSalle Street
Chicago, IL 60603


Cook County Clerk
118 N. Clark Street, Rm 434
Chicago, IL 60602


First Northern Credit
c/o Blitt & Gaines, PC
661 Glenn Avenue
Wheeling, IL 60090


FNA 2013-1 Trust, U.S. Bank N.A.
190 S. LaSalle St., 7th Floor
Chicago, IL 60603


FNA Elm H, LLC
c/o Stephen G. Deely
120 N. LaSalle St., 29th Floor
Chicago, IL 60602


Peoples Energy Northshore Gas
P.O. Box 0
Chicago, IL 60690-3991


St. James Radiologist
20201 S. Crawford Avenue
Olympia Fields, IL 60461


The CIT Group/Consumer Finance, Inc.
c/o Pierce & Associates
1 N. Dearborn Street, #1300
Chicago, IL 60602

The CIT Group/Consumer Finance, Inc.
715 S. Metropolitan Avenue
Oklahoma City, OK 73108

Urban Partnership Bank
c/o Chuhak & Tecson, P.C.
30 S. Wacker Drive, #2600
Chicago, IL 60606

Urban Partnership Bank
c/o Chuhak & Tecson, P.C.
30 S. Wacker Drive, #2600
Chicago, IL 60606

Urban Partnership Bank
c/o Chuhak & Tecson, P.C.
30 S. Wacker Drive, #2600
Chicago, IL 60606

Urban Partnership Bank
c/o Chuhak & Tecson, P.C.
30 S. Wacker Drive, # 2600
Chicago, IL 60606

US Bank, N.A.
c/o Freedman Anselmo Lindberg
1771 W. Diehl, Suite 150
Naperville, IL 60566

Vickii P. Coffey
1835 Holly Lane
Flossmoor, IL 60422

Walgreen Co. - Pharmacy
1419 Lake Cook Rd.
MS #L390
Deerfield, IL 60015

Wells Fargo Bank, N.A. et al
c/o Wirbicki Law Group LLC
33 W. Monroe Street, #1140
Chicago, IL 60603

AIC Holdings, LLC
1835 Holly Lane
Flossmoor, IL 60422


Cheryl Curry
800 N. Euclid
Oak Park, IL 60302


Chicago Title Land Trust Co.
10 S. LaSalle Street, #2750
Chicago, IL 60603


Citibank South Dakota
c/o Blatt Hasenmiller Leibske
10 S. LaSalle Street, #2200
Chicago, IL 60603


City of Chicago
30 N. LaSalle Street, Suite 700
Chicago, IL 60602


City of Chicago
c/o Goldman & Grant
205 W. Randolph, #1100
Chicago, IL 60606


City of Chicago
30 N. LaSalle Street, Suite 700
Chicago, IL 60602


City of Chicago
c/o Heller Frisone Ltd.
33 N. LaSalle Street, #1200
Chicago, IL 60602


City of Chicago
c/o Wexler & Wexler
500 W. Madison Street, #450
Chicago, IL 60661

City of Chicago - Water Department
30 N. LaSalle Street, Suite 700
Chicago, IL 60602


Community Initiatives, Inc.
c/o Martin F. Hauselman, Esq.
39 S. LaSalle Street
Chicago, IL 60603


Cook County Clerk
118 N. Clark Street, Rm 434
Chicago, IL 60602


First Northern Credit
c/o Blitt & Gaines, PC
661 Glenn Avenue
Wheeling, IL 60090


FNA 2013-1 Trust, U.S. Bank N.A.
190 S. LaSalle St., 7th Floor
Chicago, IL 60603


FNA Elm H, LLC
c/o Stephen G. Deely
120 N. LaSalle St., 29th Floor
Chicago, IL 60602


Peoples Energy Northshore Gas
P.O. Box 0
Chicago, IL 60690-3991


St. James Radiologist
20201 S. Crawford Avenue
Olympia Fields, IL 60461


The CIT Group/Consumer Finance, Inc.
c/o Pierce & Associates
1 N. Dearborn Street, #1300
Chicago, IL 60602

```
The CIT Group/Consumer Finance, Inc.
715 S. Metropolitan Avenue
Oklahoma City, OK 73108


Urban Partnership Bank
c/o Chuhak & Tecson, P.C.
30 S. Wacker Drive, #2600
Chicago, IL 60606


Urban Partnership Bank
c/o Chuhak & Tecson, P.C.
30 S. Wacker Drive, #2600
Chicago, IL 60606


Urban Partnership Bank
c/o Chuhak & Tecson, P.C.
30 S. Wacker Drive, #2600
Chicago, IL 60606


Urban Partnership Bank
c/o Chuhak & Tecson, P.C.
30 S. Wacker Drive, # 2600
Chicago, IL 60606


US Bank, N.A.
c/o Freedman Anselmo Lindberg
1771 W. Diehl, Suite 150
Naperville, IL 60566


Vickii P. Coffey
1835 Holly Lane
Flossmoor, IL 60422


Walgreen Co. - Pharmacy
1419 Lake Cook Rd.
MS #L390
Deerfield, IL 60015


Wells Fargo Bank, N.A. et al
c/o Wirbicki Law Group LLC
33 W. Monroe Street, #1140
Chicago, IL 60603
```

01/2012

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                              ) Chapter **7**
                                    ) Bankruptcy Case No.
    **Glenn Javan Coffey**          )
                                    )
                                    )
    Debtor(s)                       )

### DECLARATION REGARDING  ELECTRONIC FILING
### PETITION AND ACCOMPANYING DOCUMENTS

DECLARATION OF PETITIONER(S)

A.    [To be completed in all  cases]

     I (We), _____**Glenn Javan Coffey**_____ and _____ _____
the undersigned  debtor(s), corporate officer, partner, or member hereby declare under penalty
of perjury that (1) the information I(we) have given my (our) attorney is true and correct;(2)
 I(we) have  reviewed  the petition, statements, schedules, and other  documents being filed
with the petition; and (3) the  document s are true and correct.

B.    [To be checked and applicable only if the petition is for a corporation or other limited
      liability entity.]

☐    I, _____, the undersigned, further declare under penalty of
      perjury that I have been authorized to file this petition on behalf of the debtor.


**Glenn Javan Coffey**
_____          _____
Printed or Typed Name of Debtor or Representative          Printed or Typed Name of Joint Debtor

_____          _____
Signature of Debtor or Representative          Signature of Joint Debtor

5-1-2015
_____          _____
Date                                          Date

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re Glenn Javan Coffey _____    Case No. _____
                         Debtor

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.

❏ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏ 4. I am not required to receive a credit counseling briefing because of:

❏ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
❏ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
❏ Active military duty in a military combat zone.

❏ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date:  5-1-2015